AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-CR-191 (S-1) (NRM)(TAM) |
| Iurii Gugnin | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____04/01/2026_____

_____
_Defendant's signature_

Iurii Gugnin
_____
_Signature of defendant's attorney_

Thomas A. Firestone, Esq.
_____
_Printed name of defendant's attorney_

_Taryn A. Merkl_
_____
_Judge's signature_

Hon. Taryn A. Merkl, U.S.M.J.
_____
_Judge's printed name and title_

**COURT'S**
EXHIBIT NO. _2_
IDENTIFICATION/EVIDENCE
DKT. # _25-CR-191(NRM)_
DATE: _4-1-2026_